Pro Se Complaint for Violation of Civil Rights (Non–Prisoner)

UNITED STATES DISTRICT COURT

for the Southern District of Florida Civil Division

Case No. _____

**Carlton B. Owens and Lonnie C. Horton**

Plaintiff(s) pro se.

Vs.

 **Elisse Kulbaba, Stanley J. Kulbaba ; Keith P. Spoto ;**

**Kevin M. Kohl ; Hope Marie Pattey ; Grady Judd;**

**Colton D. Mosley; Susan Weiss; Spencer P. Miller;**

**Nicole Eleanor Orr et. al.**

Defendant(s)_____

FILED BY _____ D.C.

MAY 2 0 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

PLAINTIFFS MAY FILE A COMPLAINT WITH MULTIPLE CLAIMS ONLY IF THE CLAIMS ARE DIRECTLY RELATED TO THE SAME BASIC ISSUE OR INCIDENT AS IN THE INSTANT COMPLAINT. DIFFERENT CASE NUMBERS EXIST BUT ARE RELATED TO THIS MATURING INCIDENT.

Jury Trial: _Yes_

### The Parties to This Complaint

#### The Plaintiff(s)

Name : Carlton B. Owens, Lonnie C. Horton

Address 70 Carefree ct.

City State Zip Code  Venus, Florida. 33960

County  Highlands

Telephone Number 464-863-1281

1

E-Mail Address: carlton647owens@gmail.com

**The Defendant(s)**

Defendant No. **1**

**Name:  Elisse Kulbaba**

Job or Title : Business and Land owner

Address: 858 ELLEN DR

KEY LARGO, FL 33037

City State  Zip  Code

County Monroe

Telephone Number (305) 245-0602

E-Mail Address  info@ambestroofing.com

Individual capacity

Defendant No. **2**

Name : **Stanley J. Kulbaba**

Job or Title: Business and Land owner

Address 858 ELLEN DR

KEY LARGO, FL 33037

City State Zip Code

County Monroe

Telephone Number (305) 245-0602

E-Mail Address   info@ambestroofing.com

Individual capacity

Defendant No. **3**

Name:  **Grady Judd**

Job or Title : Sheriff  Polk County Florida

Address Sheriff Grady Judd • Polk County Sheriff's Office

1891 Jim Keene Blvd

2

Winter Haven, FL 33880

City State Zip Code

County Polk

Telephone Number 863-298-6200

E-Mail Address  CrimePrevention@polksheriff.org

 Official capacity


Defendant No. 4

Name : **Colton D. Mosley # 8180**

Job or Title : Deputy Sheriff  Polk County Florida

Address Sheriff Grady Judd • Polk County Sheriff's Office

1891 Jim Keene Blvd

Winter Haven, FL 33880

City State Zip Code

County Polk

Telephone Number 863-298-6200

E-Mail Address CrimePrevention@polksheriff.org

 Official capacity


Defendant No.  5

Name:  **Susan Weiss # 5482**

Job or Title : Sgt., Deputy Sheriff Polk County Florida

Address Sheriff Grady Judd • Polk County Sheriff's Office

1891 Jim Keene Blvd

Winter Haven, FL 33880

City State Zip Code

County Polk

Telephone Number  863-298-6200

E-Mail :  CrimePrevention@polksheriff.org

3

Official capacity

Defendant No. **6**

Name  :  Spencer Preston Miller  - # **8636**

Job or Title:  Deputy  Sheriff Polk County Fl. and Notary Public

**Sheriff Grady Judd** ▪ Polk County Sheriff's Office

1891 Jim Keene Blvd

Winter Haven, FL 33880

County:  Polk

Telephone Number:  863-534-4650

E-Mail Address : CrimePrevention@polksheriff.org

Official capacity

Defendant No. 7

Name :  **Hope Marie Pattey**   Bar Number: 174653

Job or Title:  Member of the Judiciary County Judge Polk County Florida

255 N Broadway Ave # J171

Bartow, FL   33830-3912

County     Polk

Telephone Number    863-534-4650

E-Mail Address  hpattey@jud10.flcourts.org

Official capacity

Defendant No. **8**

Name :  **Keith Peter Spoto**   Bar number  604178

Job or Title:  Circuit Judge 10th Circuit

PO Box 9000

Bartow, FL 33831-9000

County   Highlands

4

Telephone Number   863-534-4650

E-Mail Address  hpattey@jud10.flcourts.org

 Official capacity


Defendant No. **9**

Name :  **Kevin M. Kohl**

Job or Title    Circuit Judge 10th Circuit

PO Box 9000

Bartow, FL 33831-9000

County  Polk

Telephone Number    863-534-4650

E-Mail Address  hpattey@jud10.flcourts.org

 Official capacity


Defendant No. **10**

Name :  **Nicole Eleanor Orr**  Bar Number: 648752

Job or Title:  State Attorney 10th Circuit

255 N Broadway Ave

Bartow, FL 33830-3912

County  Polk

Telephone Number  Office: 863-534-4800 Cell: 863-534-4800

E-Mail Address  hpattey@jud10.flcourts.org

 Official capacity   & Individual  capacity


## PRELIMINARY PRINCIPLES

### 1.

### A. Deprivation of a Federal Right

Title 42 U.S.C. § 1983 provides in relevant part:

Every person who, under color of any statute, ordinance, regulation,

5

custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable.

B. Under Color of State Law

In order to establish liability under § 1983, the plaintiff must prove that she has been deprived of a federal statutory or constitutional right by someone acting "under color of" state law. **Parratt v. Taylor, 451 U.S. 527, 535 (1981)**. See also **Lugar v. Edmonson Oil Co., 457 U.S. 922 (1982)** ("state action" under Fourteenth Amendment equated with "under color of law" for Section 1983 purposes) and **Brentwood Acad. v. Tennessee Secondary Sch. Athletic Ass'n, 531 U.S. 288 (2001)** (discussing different tests for determining whether conduct of private actor constitutes "state action" and finding state action on basis of "pervasive entwinement" of state with challenged activity).

In **Monroe v. Pape, 365 U.S. 167, 180 (1961)**, the Court held that acts performed by a police officer in his capacity as a police officer, even if illegal or not authorized by state law, are acts taken "under color of" law. As the Supreme Court stated in United States v. Classic, 313 U.S. 299, 326 (1941), "[m]isuse of power, possessed by virtue of state law and made possible only because the wrongdoer is clothed with the authority of state law, is action taken 'under color of' state law."

**Jurisdiction and Venue**

1. All Incidents herein stem from an eviction process and case from the year

6

10/17/2022.

2. Incidents occurred in **Polk** and **Highlands** County Florida.

3. No other litigation has been brought challenging the issues raised herein.

4. Incidents herein developed in time Starting 10/17/2022, as stated in the facts has

   matured and developed. This Complaint is timely.

5. Plaintiff is pro se. (non prisoner) filer.

## Statement of Facts

This pending case involves 3 Deputy Sheriff's Of the Polk county sheriff Grady Judd, Deputies Colton

D. Mosley and Sgt. Susan Weiss and Preston Miller Spencer the first 2 Deputies Mosley and Weiss and

who on 10/17/2022 arrived hand in hand at approximately 3:30 pm at 1400 cr 630 (a) at the Frostproof,

Florida location which is the southern end of Polk County Florida, where Land Owner and Landlord

Stanley Kulbaba was present and had notified Residents of said property, Lonnie C. Horton and Carlton

B. Owens that the police had been called and were on their way. Residents assumed it was to be evicted

by forced removal as previously threatened from Stanley Kulbaba on a previous visit to the same

location on 9/21/2022 and at which time at approximately 3:00 pm where Stanley spoke with Carlton at

the door of the residence and demanded that Residents leave immediately from the property. Stanley

was informed or the right to be timely evicted or to allow time to relocate. Stanley threatened to have

Residents forcefully removed by law enforcement. Then on the date above 10/17/2022 at

approximately 3:00 pm Carlton overheard Stanley asking Lonnie if he had threatened him. Lonnie said

no. Carlton was inside the RV. Then Carlton exited the RV. and he immediately handed Stanley another

copy of the Letter of Notice to cease harassment. The police Officer Colton D. Mosley # 8180 and

Lead Officer / Sgt. Susan Weiss of the Polk County Sheriff's Office arrived hand in hand. Sgt. Weiss

7

advised the tenants that they must leave the property. Tenants disagreed and informed Sgt. Weiss of their rights to be properly evicted or allow time to leave. Stanley then began asking Carlton if he had any guns. Stanley kept saying that the power company would cut residents' power tomorrow. Carlton saw that something wasn't right and as a precaution told Sgt. Weiss that Stanley Kulbaba was holding a Letter of Notice that Carlton previously wrote saying to beware that Stanley and Joshua may continue to lie upon Carlton. The Sgt. had to reach for the letter from a reluctant Stanley. Sgt. Weiss then read the letter and handed it back to Stanley and said "let's go". Colton D. Mosley returned 10 minutes later and told residents not to worry about anything and said that Stanley and Joshua had been advised to leave tenants alone. That was the end of that day. No further communication was had.

**The Arrest capias (FTA)** Fast forward over 1 year later December 1st. 2023, Carlton is 52 years old. Carlton and Lonnie are now residents of Highlands County Venus Florida. On 12/1/2023 Carlton and Lonnie are riding in Plaintiffs Mr. Owens truck in Sebring Florida, Highlands County and are pulled for routine stop by H.C.S.D., Carlton is told that he has a warrant out of Polk County Florida for failure to appear on an Aggravated Assault charge. Carlton peacefully objected to having any knowledge of a charge or of any legal obligation. Carlton was then placed into restraints in a parking lot of a busy area and placed into the backseat which is a cramped caged area. Carlton objected to the cuffs due to protruding painful ganglion cysts on both wrists. Objection was denied. Carlton allowed Lonnie to take his truck back home. Carlton was then booked into the Highlands county jail until Dec. 4th 2023 when he was transported to Polk County Florida jail. While at Highlands County Jail during processing Carlton was ordered to get naked and to squat and cough. Carlton sat in the filthy little holding cell with others for hours upon hours awaiting an assigned cell and bunk. The phone was often held up by long conversations but Carlton managed to call a bondsman who refused to accept involvement in such

8

a low bond as $250.00 which is a cash bond. Carlton was placed into the orientation block with cell bars and dysfunctional metal bed that popped loudly when lain upon. Upon several nurse visits each time Carlton was diagnosed with very high blood pressure hypertension and was prescribed Medication for high blood pressure and anxiety according to the nurse. The nurse graciously approved a request for a supplement electrolyte juice to be brought due to severe muscle cramps from no or low sodium /salt in the diet of food served in both jails which caused cramping of the muscles. Carlton then had a 1st appearance hearing on 12/2/2023 before 10TH Judicial circuit Judge: Keith P. Spoto via visual monitor. We inmates were all clearly warned twice by the rather large elderly deputy bailiff not to speak or we would face contempt charge and would receive 170 days in jail. Due to Carlton still not knowing why he was arrested Carlton politely asked Judge Spoto why he was arrested and in jail on a failure to appear warrant never noticed upon and unknown aggravated assault and also Carlton had never heard of such a charge and did not know who his accuser was. Due to Carlton still not knowing why he was arrested and so Carlton verbally requested a Habeas Corpus Hearing and a Faretta inquiry to determine probable cause. This request was instantly met with loud "Shut Up!"that was repeated From Judge Spoto while the Jailer / Bailiff and Judge Spoto both screamed repeatedly "shut up!" sit down! You will get 170 days contempt! Then the Judge Spoto screamed again that if I did not shut up that I would be held in contempt and jailed for 170 days! Carlton then sat down as ordered and was peacefully removed from the room anyways and Carlton could still hear the Judge scream while he was led away to a jail cell. Soon thereafter Carlton had a mental and physical breakdown not knowing why he was arrested without knowledge of any legal action or obligation previous or pending and so Carlton was placed into a C.S.U. crisis stabilization unit room where he was found hours later sleeping on the bare floor wrapped in a safety blanket. The nurse requested that Carlton be given a floor mat which was

9

appreciated. Thereafter on 12/4/2023 at approximately 11:00 am Carlton saw a female psychologist who noted the distress that Carlton was enduring. Upon returning to the C.S.U. cell Carlton was told that he was being released. Carlton was released at Highlands jail booking to the care, custody and control of Polk County Sheriff's Officers for transport to booking in a dog box style container with another black inmate to Winter haven Jail booking center, where once again Carlton was again told to get naked squat and cough. Carlton was examined by medical at intake and found the blood pressure to be high again. Carlton was referred to the clinic to see the doctor and was soon transferred again in a truck with dog box shackled and full with inmates to the Bartow jail open population where Carlton was housed overnight until the next day's 1st appearance before The Honorable Judge Stamey who released Carlton on R.O.R without hesitation.

**The 100 mile Walk Home** Carlton was released into the cold night at approximately 10:30 pm. on 12/5/2023, Carlton was without his phone, car, and could not recall a phone number but needed to get home and so the walk began South down highway 17 from the Bartow Jail to his home approximately a 90 mile or so trip into the dark cold night wearing shorts, shirt and work boots, the trip began and no one would stop for a ride and then Carlton stopped at a Ford car lot in Ft. Meade Fl. with a sheriffs sign on the door which scared Carlton and prevented him from seeking an outdoor water faucet and rest for fear of being shot or trespassing or prowling accusation and going back to jail. At this point Carlton's feet were now blistered and sore, thirsty and tired he pressed on toward home walking up to a Babcock furniture store with a large time and temp sign in front which read (48deg. At 2:30 am. (at best recall) before sitting down and drinking what seemed like unusually warm water from the outside faucet near the front corner left side if facing the building. Carlton's knees were hurting and feet were sore now also there was a noticeable limp and left hip was hurting badly now. Carlton was mindful of how far it

10

was still and knew a ride would be needed at some point but begging was not something common taught in Carlton' upbringing and was a hard thing to do but survival and at home was two dogs and a brother who Carlton needed to get back home and so Carlton started walking again and found an orange that had fallen from an orange truck and had rolled into the gully of the road. Probably the best orange he had in a long time. Carlton found a McDonald's and sat at the outside table for about 15 min. The distance Carlton just walked was approximately 11.3 miles to 15 miles; he then went into a circle K where he asked where he was at and the best way south to Venus. The clerk allowed Carlton to drink water for free Knowing that he was stranded the clerk advised him that the sheriff's substation in Ft. Meade was across the street and a pay phone was outside of the station to call with. Carlton responded gratefully and limped across the street and he was even colder and each step was more painful now with each step where he found the phone outside as described but that was barely audible but dispatch answered to his relief and he explained that he was stranded miles from his home in Venus Fl. Could he please have a ride some or some of the way at least.? The dispatch was very polite she said that an officer is on the way. Carlton thanked her and walked across the street to the gas station just as an officer's patrol car was pulling in so Carlton waived him to acknowledge and Officer Williams allowed him a backseat which was warm and Officer Williams was a really good person from Minnesota and a Vikings fan. He also turned up the heat in back when he saw how cold Carlton was in a t shirt and shorts. He dropped Carlton off at a convenience store in Hardee County, Bowling Green, FL. area. Carlton began to walk through Bowling Green and came upon a police station with a police car outback and Carlton banged on the back door but no one answered. Carlton sat outside on a bench to rest a long cold while and watched the Christmas set up across the street played tunes and watched the many Publix Store trucks that passed on 17. After Carlton sat there about 35 min. or more then he walked to

11

the other side of Bowling Green where Officer Smith, a Young officer was parked outside at the gas station across from the Marilyn and Elvis mural sign. This officer zealously tried to help and even Facebook messaged people for Carlton and both of them tried to locate a phone number to friends through public records property lookup etc. but could not find a number reach anyone. This Officer last name was Smith if memory is correct in name and he went above and beyond to help. He will remember this incident. Carlton was there until the officer had to change shifts at 5:00 am. And that's when the officer dropped Carlton off in Wauchula FL., at a convenience store. Carlton again began to uneasily ask strangers for a ride but there was no such luck. Carlton turned down money from people who thought he was an early morning pan handler and was looking as if he had been up all night and walked a long way, and he was and he had. After turning down 5 dollars Carlton asked himself, why? He needed it and was stranded with a long ways still to go. He realized that he was too far into Wauchula and walked back 2 miles into downtown Wauchula through town stopping at the post office and painfully resting under a pavilion after watching a frightened lady dragged her dog in fear of the early morning stranger in these here parts. Carlton was stopping more frequently now but not daring to sit all the way down because Carlton knew that he would not be able to get up easily if able at all without bearing a lot of pain. Carlton took a left on East Main Street EAST 636 and walked all the way to the convenience store and asked for a marker and piece of cardboard and wrote AVON PARK on it as a sign to let motorists be  aware of a need for a ride and to where. Carlton knew it was 20 mile stretch from Main Street Wauchula to Main Street Avon Park and US. 27. And Carlton was thinking that he may get lucky and would catch someone leaving going to work in Avon Park and think that he was a worker needing a ride. Then after about 15 min. of standing and multiple cars passing while under a light post as the day began to break also aware that every time he solicited a ride could have

12

sent him back to jail. Carlton could be re- arrested. Then a trucks brake lights lit up and generous Mexican gentleman who spoke no English but understood the concept of The Good Samaritan and whose 2 dollars for coffee Carlton did not turn down this time as he was among the tired and hungry. Now at daybreak Carlton was dropped off in Avon Park Main Street and U.S. 27. Carlton used the gas station stores phone inside to call Highlands county Sheriffs and reported that he was stranded and was told "we don't give rides." Carlton decided to buy an Arizona tea using a dollar. Carlton then began to walk South U.S. 27 stopping at a Burger King to borrow a marker to write Lake Placid and Sebring on a piece of cardboard. No such luck and Carlton was in worse pain with each booming step with pain and the left hip was hurting badly now as he sat upon the wall at the Battalion center of the National Guard Armory because of the wall to sit upon he didn't have to go to the ground and then Carlton got up and walked again and stopped at a wooded area to remove his shoes which now had blisters all over the toes and dehydration with loss of salt cramps. Carlton was starting to feel a mix of over exhaustion with sleep deprivation and was cramping in the ribs and legs. Carlton sat on a hilly area and found pieces of cloth on the way and wrapped his feet in them to help prevent blisters and comfort soreness using old bubble wrap and cloth discarded on the side of the road. Carlton made it to a Dollar General in Sebring where he used the other dollar to buy water. Then Carlton made it to the Walmart in Sebring before resting on a pallet beside the road under a tree and there he rested for at least an hour but darkness was coming and there was a place he did not want to be stuck at night and walking a dark rural road and besides his body was exhausted and weakening. Carlton realized that he may not make it well if make it at all. Carlton now actually wondered if he would make it home alive. Carlton began walking again and made it to Lake Jackson where he began to stop frequently along the edge of the Lake under a tree and would rest. He used the guard rails along the Lakes path as a rest points and

13

wondered how lucky to have had the wind to his back the whole time for at least a little push. The pain was tearful as Carlton found a branch from a tree and was using it as a walking stick which did help some and finally Carlton made it around Lake Jackson and found an abandoned, looted fast food building to rest at around back. Very dizzy and weak from exhaustion Carlton made after a brief lay down made his way across a field into a Walgreens where he got water from a fountain. Carlton then began walking where he came upon a man with a motor scooter who said he was going to Lake Diane. Carlton said that was fine. That was a scary ride down US. 27 doing 60 mph on the back of a scooter. Carlton was then left at the corner of 98 and 27 where a white truck stopped and Carlton figured that the guy in the white truck saw that Carlton was struggling to walk and was dropped off of a scooter in the middle of nowhere and there was still 27 miles for Carlton to go. The man introduced as Jonathan yelled from across the road "do you need a ride?" Carlton gladly hobbled over and Jonathan obliged him a ride and graciously took Carlton the rest of the way home arriving at around 5:00 pm on 12/6/2023. 19 hours up and walking. Carlton still has one of the signs he made "Lake Placid" and the rags that wrapped his feet. Carlton removed his shoes, washed his feet ate, drank in pain and collapsed into a fitful sleep. Carlton did take pictures of his feet dated 12/7/2023 and as you can see there is much swelling. Had it not been for those last two rides especially, Carlton would not have made it home Carlton and Lonnie were dislocated from their home without any due process; they lost home and pets as well.

### Basis for Jurisdiction  State or local officials (a § 1983 claim)

**42 U.S.C. § 1983.** If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

**(YES)     This is is a State or local officials (a § 1983 claim)**

14

**1st and 2nd  Defendants are Stanley J. Kulbaba and  Elisse Kulbaba** co -conspirators are property owners and formal acquaintances as well as Landlord  and Boss of Mr. Owens Brother Mr. Horton where incident(s) of 10/17/2022 in Polk County Florida took place. Mr. and Ms. Kulbaba were recipients of the Police report that was altered falsified and doctored  for the purpose enhancing an unlawful eviction. The Plaintiffs herein then Defendants to unlawful writ of possesion, were later evicted upon a VOID ORDER which evinces that an un-lawful eviction had taken place and a false affidavit was created and used in the eviction as well as fabricated allegations causing unlawful charge, arrest and violating the 4th siezure of home and persons as property and liberty were unlawfully removed without Procedural Due Process Notice in that the order writ of possession is VOID AS THERE WAS NO notice to hear the subject matter of writ of possession and so no order can be deemed valid within jurisdiction. 14th amend  U.S. Const. **Relief sought** from the Court (what is being requested from the Court).**Emotional Distress: General emotional distress** includes stress, anxiety, fear of future accidents, and other emotional responses to the trauma. **Pain and Suffering:** This includes compensation for physical pain and emotional suffering endured as a result of the accident. **Pain and suffering** cover a wide range of emotional effects such as anxiety, depression, and chronic pain. **Mental Anguish:** This refers to the emotional pain, distress, and psychological impact resulting from the accident. It includes feelings of fear, humiliation, anger, and shock.

**All 3 Deputies below actions and or inaction's are responsibility of :**

**Defendant No. 3 Sheriff Grady Judd. 30.07** Deputy **Sheriffs.**—"Sheriffs may appoint deputies to act under them who shall have the same power as the sheriff appointing them, and for the neglect and default of whom in the execution of their office the sheriff shall be responsible." Grady Judd for acts of

15

the following officers who are under responsibility of Sheriff Grady Judd as follows : **Deputy Colton D. Mosley # 8180. Defendant No. 4 Deputy Colton Mosley** On 10/17/2022, as deputy of Polk County Sheriff Grady Judd and on said date did while on under color of law and on duty did knowingly Secretly, stealthily, Prepare 2 charging affidavits of same incident and both affidavits failed to Notice the accused Mr. Owens Plaintiff herein, of any charge levied against him and or any personal obligation NOTICE TO APPEAR as required by law for any alleged charges in said charging affidavit(s). This fatal error of Notice rendered the affidavits invalid and or fraudulent without ability to probable cause for failure to appear. There is by rule and Statutory law mandating safety for releasing someone accused of a crime. Due Process Procedures that require the accused to sign the accusatory document and the Defendant immediately gets a copy of the charging affidavit(s). which also verifies NOTICE as knowledge and agreement to appear at a time prescribed time to answer the alleged charge. This Deputy Mosley's failure to notice Mr. Owens of the charge as required by copies and signature resulted in this doctored, altered, incomplete and invalid charging document(s) to proceed in simulation of legal process which could not establish Probable Cause to issue a warrant for a (FTA) Failure to appear. Had Deputy Mosley done as law and procedure required then Mr. Owens would not have been arrested by suprise on 12/1/2023. violating 4th amend right to probable cause before siezure of Mr. Owens Violating Due process of law and equal protection of the law.

**Relief sought** from the Court (what is being requested from the Court). **Emotional Distress: General emotional distress** includes stress, anxiety, fear of future accidents, and other emotional responses to the trauma. **Pain and Suffering**: This includes compensation for physical pain and emotional suffering endured as a result of the accident. Pain and suffering cover a wide range of emotional effects such as anxiety, depression, and chronic pain. **Mental Anguish:** This refers to the

16

emotional pain, distress, and psychological impact resulting from the accident. It includes feelings of fear, humiliation, anger, and shock.

**Defendant No. 5  Sgt. Susan Weiss # 5482**  Susan Weiss Deputy Rank: Sgt. Polk County Sheriffs Deputy On 10/17/2022 assisted and approved the invalid police reports by Colton D. Mosley in Secretly, stealthily knowingly Prepare #2 charging affidavits of same incident and both failed affidavits failed to Notice the accused Mr. Owens Plaintiff herein, of any charge levied against him and or any personal obligation NOTICE TO APPEAR as required by law for any alleged charges in said charging affidavit. Susan Weiss violated Mr. Owens rights as co conspirator and aided in omitting a report and physical, exonorable evidence and assisting Elisse and Stanley Kulbaba in a wrongful eviction. Sgt. Susan Weiss # 5482 Polk County Florida Sheriff's Office Main actor/co conspirator, author and supervisory approval of falsified police report(s).Official Corruption. Criminal acts. Omitting her involvement in the Letter of Notice incident of 10/17/2022 and failure to enforce and adhere to laws and procedure. This violated my constitutional right to Due process 14 th amend. Right to a fair hearing in order to evict and thereby seize Mr. Owens and Horton tenants home in violation of the 4 th and 14 amend. Substantive procedural Due Process. U.S.C.A.Polk County Florida Sheriff's Deputy:  Main actor/co conspirator to Colton D. Mosley as alleged above and author and supervisory approval of falsified police report(s).Official Corruption. Criminal acts. Omitting her involvement in the Letter of Notice incident of 10/17/2022 and failure to enforce and adhere to laws and procedure. Failure to write or document incident of 10/17/2022 which is omitting evidence, concealing and assisting in creating and passing invalid fraudulent reports into an active legal proceeding eviction case.

Relief sought from the Court (what is being requested from the Court).**Emotional Distress: General emotional distress** includes stress, anxiety, fear of future accidents, and other emotional responses to the trauma. **Pain and Suffering**: This includes compensation for physical pain and emotional suffering endured as a result of the accident. Pain and suffering cover a wide range of emotional effects such as anxiety, depression, and chronic pain. **Mental Anguish**: This refers to the emotional pain, distress, and psychological impact resulting from the accident. It includes feelings of fear, humiliation, anger, and shock.

**Defendant no. 6 Miller Preston Spencer** (Officer and Notary) Polk County Florida Sheriff's Office is shown to have committed misfeasance in public office, criminal perjury, falsifying police report(s), assisting in a self-help eviction with misleading documents, misrepresentation of police reports, States prosecutorial misconduct, judicial misconduct, dereliction of duties...... Mr. Spencer has signed the arrest affidavit verifying under Sworn Oath and Seal that the arrest report(s) are legitimate, accurately depicted and legally valid in fact and form. This is not true as can be discerned from the record in the reports themselves. While co-conspiring this officer assisted in the preparation of a falsified affidavit of arrest where a liberty interest was at stake which was the start of an illegal siezure of Mr. Owens person without any probable cause due to an invalid report and warrant violating Mr. Owens 4, 5, and 14th amend. Emotional Distress: General emotional distress includes stress, anxiety, fear of future accidents, and other emotional responses to the trauma. Pain and Suffering: This includes compensation for physical pain and emotional suffering endured as a result of the accident. Pain and suffering cover a wide range of emotional effects such as anxiety, depression, and chronic pain. Mental Anguish: This

18

refers to the emotional pain, distress, and psychological impact resulting from the accident. It includes feelings of fear, humiliation, anger, and shock.

**Defendant No. 7  Hope Marie Pattey.    Case : 2022MM008341A000BA**

Judge Pattey without any probable cause did issue an invalid capis warrant for Failure To Appear and as a result the Plaintiff Mr. Owens was arrested on 12/1/2023 without probable cause. Due to these Constitutional rights violations Mr. Owens did succumb physical and mental suffering from that arrest and incarceration even unto this day. Violating the 4, 5, 6, 14 Due process amendments. U.S. Const. See: statement of facts. Relief sought from the Court (what is being requested from the Court). Relief sought from the Court (what is being requested from the Court). **Emotional Distress: General emotional distress** includes stress, anxiety, fear of future accidents, and other emotional responses to the trauma. **Pain and Suffering:** This includes compensation for physical pain and emotional suffering endured as a result of the accident. Pain and suffering cover a wide range of emotional effects such as anxiety, depression, and chronic pain. **Mental Anguish**: This refers to the emotional pain, distress, and psychological impact resulting from the accident. It includes feelings of fear, humiliation, anger, and shock.

**Defendant No. 8  Keith Peter Spoto**  While acting judge at first appearance Highlands County Florida and upon virtual first appearance probable cause hearing on 12/2/2023,Case : 2022MM008341A000BA, did deny the Prisoner Mr. Owens the right and benefit of a Habeas Corpus proceeding in order to determine probable cause to detain and whether there had been probable cause to seize Mr. Owens on 12/1/2023. Records show that on 12/2/2023 there was no probable cause and this deficiency was apparent from the arrest affidavit which had no signature or thumbprint to show Due

19

Process notice was provided under the U. S Const. 4th amend against unlawful siezure and 14 th amend right to Due Process and equal protection.

**ARTICLE I DECLARATION OF SECTION 13. Habeas corpus.**—"The writ of habeas corpus shall be grantable of right, freely and without cost. It shall be returnable without delay, and shall never be suspended unless, in case of rebellion or invasion, suspension is essential to the public safety." Mr. Owens ON 12/2/2023 was denied benefit of this Habeas Corpus right by Defendant Judge Spoto who acted under color of state or local law. Judge Spoto who was sitting as duly appointed judge to hear and determine probable cause where liberty was an issue and it was apparent from the face of the record and said record was void of Due Process and therefore no probable cause , there was no document of Notice that would violate law or rule to justify detention for probable cause. No Notice as required Under the 14 amend. U.S. Constitution as required by law to address Probable cause for detention and or arrest. Judge Spoto lacked jurisdiction to detain Mr. Owens and to deny the writ of Habeas Corpus with threats of contempt. U.S.C.A. 4,5,6,8, & 14 TH AMEND. Fla R. Crim. Proc.,

**Relief sought from the Court (what is being requested from the Court).**

**Defendant No. 9  Name :  Kevin M. Kohl** caused displacement from home by the issuance of a writ of possession without notice being served causing home to be seized without Procedural substantive Due process Notice therefore lacking jurisdiction resulting in illegal seizure of home and property based upon a VOID ORDER. U.S.C.A. Amend 4, seizure 14 Due Process.

**Relief sought from the Court (what is being requested from the Court). Emotional Distress: General emotional distress includes stress, anxiety, fear of future accidents, and other emotional responses to the trauma.**

**Pain and Suffering:** This includes compensation for physical pain and emotional suffering endured as a result of the accident. Pain and suffering cover a wide range of emotional effects such as anxiety, depression, and chronic pain.

**Mental Anguish:** This refers to the emotional pain, distress, and psychological impact resulting from the accident. It includes feelings of fear, humiliation, anger, and shock.

**Defendant No. 10   Name :  Nicole Eleanor Orr**  Bar Number: 648752 As assistant States attorney moved the court for an issuance of Capias warrant for failure to appear in  Case : 2022MM008341A000BA  without any Probable Cause available in order to invoke jurisdiction of the States office and through violating rules , laws and strict Due Process procedure did cause an unlawful arrest liberty Seizure to be made and did use the color of office to simulate a valid Failure To Appear and an invalid warrant to be issued. Violating Plaintiff's , Mr. Owens rights under U.S.C.A. 4th and 14 amend.  **Relief sought from the Court (what is being requested from the Court).**

 **Witness / Records list :** Carlton Owens affiant hereto intend to call the list of actors and witnesses below and to obtain, preserve and present all Jail records of December 1st. 2023 thru December 5th 2023 as follows: Please Note: all service providers and actors will be called as witnesses. All Polk County Florida Jail records, Medical records, Mental Health, and Names Of those Service Providers of any kind and all Court Appearances Listing all parties present including acting bailiffs. December 4th. 2023 thru December 5th. 2023. All:  Highlands County Florida Jail Records, Medical, Mental Health C.S.U. Crisis Stabilization Unit and treatment and services and Names Of those Service Providers of

any kind and all Court Appearances Listing all parties present including acting bailiffs. From December 1st. 2023 thru December 5th 2023.    Below are the **CAD CALL # CAD # s 222901489**    and the Police report (s),  **22 – 43561**  one falsified and doctored and the other attached to the State attorneys direct notice of information to charge.

<u>Under penalty of perjury I Carlton B. Owens and Lonnie C. Horton swer that the foregoing herein is true and correct.</u>

 Carlton Owens Pro se  Petitioner  S/                                                      Dated:  May/11/2025

## Certificate Of Service

I hereby certify that the foregoing was provided to E-file Posted. Clerk Ot Court N00 N.Illiami, Ave. Miami. Fl. 33128 VIS. Mail.

May 11th. 2025.

Carlton Evans
70 Pinetree Ct.
Venus, Fl. 33960

US POSTAGE
FIRST-CLASS
$ 003.71

REC'D BY_____D.C.

MAY 20 2025

ANGEL...
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Wilkie D Ferguson Jr Courthouse;
400 N. Miami, Avenue
Miami, Fl. 33128.